DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SKENDER HOTI** and **BEBA HOTI,**
Appellants,

v.

**BANK OF AMERICA, N.A.,**
**LYNN M. DORENCAMP, LAKEWOOD HOMEOWNERS ASSOCIATION,**
**INC., TA CRESTHAVEN, LLC; ALLSTATE FIRE AND CASUALTY**
**INSURANCE COMPANY** a/s/o **CLEVELAND PASSMORE, JERRINE E.**
**WITT** and **DAVID M. GARTEN,**
Appellees.

No. 4D20-701

[June 10, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502015CA013397XXXXMB.

Arthur J. Morburger, Miami, for appellants.

Mary J. Walter of Liebler Gonzalez & Portuondo, Miami, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***